

| | | |
|---|---|---|
| SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GATI J. DALAL<br>(212) 356-3536 |

October 24, 2023

**BY ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>Xizmo Media Productions LLC v. City of New York</u>, 21-CV-2160 (ENV)(MMH)

Dear Judge Henry:

      I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendant in the above-referenced action. In accordance with Your Honor's order on July 31, 2023, please allow this letter to serve as a joint status report from plaintiff and defendant (collectively "the parties") regarding the status of settlement.

      As stated in the parties' joint status report dated July 24, 2023, a settlement agreement was entered into on June 5, 2023 which set forth a provisional permitting scheme for plaintiff to use until a permanent scheme was adopted. A permanent regulatory scheme establishing a permitting process for the take-off and landing of unmanned aircraft, including drones, was adopted by the New York City Police Department ("NYPD") on July 21, 2023. Thereafter, the parties engaged in negotiations regarding payment of reasonable attorney's fees. The parties are continuing negotiations, but have not reached an agreement to date. As such, the parties seek a brief extension from this Court.

      Your Honor's order dated July 31, 2023 indicated that any future extension would require an appearance before the Court. The parties are available on the following dates and times for a virtual appearance if convenient for the Court:
      Thursday, November 2nd – AM or PM
      Monday, November 6th – any time before 3PM
The parties can also provide their availability for in-person appearance upon notice of the Court's preference.

      Respectfully submitted,
      /s/
      Gati J. Dalal
      Assistant Corporation Counsel

cc:   All Counsel (via ECF)